This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

**PRIORITY MAIL EXPRESS™**

U.S. POSTAGE PAID
PME
ALBANY, NY
12224
MAR 11, 19
AMOUNT
**$25.50**
R2305H126884-51

1007  13501

**RECEIVED**
MAR 12 2019
U.S. DISTRICT COURT
N. D. OF N.Y. / ALBANY, CLERK

### ORIGIN (POSTAL SERVICE USE ONLY)

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 12201 | 3/12/19 | $25.50 |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee |
| 3/11/19 | 3:00 ☐AM ☒PM | |
| Time Accepted ☐AM ☒PM | ☐ Loss Guarantee Only ☐ No Shipment | Return Receipt Fee |
| 12:30 | | $25.50 |
| Weight | ☐ Flat Rate | Total Postage & Fees |
| lbs. oz. | | |
| | Sunday/Holiday Premium | Acceptance Employee Initials |

### DELIVERY (POSTAL SERVICE USE ONLY)

3-ADDRESSEE COPY

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( 646 ) 389-4236
HAROLD WILLIAM VAN ALLEN
351 NORTH RD
MILLERTON NY 12546

TO: (PLEASE PRINT) PHONE ( )
CLERK OF THE U.S. DISTRICT
COURT NYND
445 BROADWAY
10 BROAD ST
UTICA NY
ZIP+4 13501

RE: 19-CV-XXX-XXX-DNH
AMICUS FILING
NOT-FOIA REQ 

**UNITED STATES POSTAL SERVICE®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

EP13F July 2013  OD: 12.5 x 9.5
P.S. 10001000006